REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. CORTELYOU APARTMENTS, INC., Also Known as CORETLYOU APARTMENTS INC., Appellant, and Others, Defendants.— In an action to foreclose a second mortgage, order granting plaintiff's motion for summary judgment, striking out answer of a defendant and dismissing the affirmative defenses and counterclaims contained therein, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

LUCY SOMMER, Respondent, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— In an action on an insurance policy, in which the defendant set up as a defense that the insured in applying for reinstatement of a lapsed policy made false representations as to his state of health and consultation and treatment by a physician, the defendant moved for a commission to take the testimony of a physician in Chicago, Ill., upon written interrogatories on the matters in defense. The plaintiff opposed the motion and requested that the testimony of the physician be taken by an open commission; and that she be paid the expenses for her counsel traveling to Chicago. The defendant's motion was denied; and the order provided for an open commission and the payment by defendant of $100 for the expenses of plaintiff. Order reversed on the law and the facts, without costs, and the defendant's motion granted. The matter is remitted to the Special Term to settle the interrogatories and fix the place and date of the examination of the witness. The testimony to be given by the witness is limited as to its competency; and the facts presented do not warrant the issuance of an open commission. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

PETER TAYLOR and CHARLOTTE TAYLOR, Appellants, v. GREAT AMERICAN TEA Co. and FRED STOCKBERGER, Respondents.— Action to recover damages for personal injuries claimed to have been sustained by the plaintiffs as a result of the negligence of the defendants. Order setting aside the verdict in favor of the plaintiffs and against defendant Great American Tea Co. on the ground that the verdict is excessive and against the weight of the evidence, and against defendant Fred Stockberger on the ground that the verdict is excessive, unanimously affirmed, with costs to respondents. No opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.